IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
JUN 29 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) CR. NO. 1:05CR153-F<br>) [21 USC 846;<br>) 21 USC 841(a)(1);<br>) 21 USC 841(c)(2);<br>) 18 USC 2]<br>)<br>)<br>) INDICTMENT |
| v. | |
| AL RAY SHOEMAKER, d/b/a<br>AL'S BP,<br>BRENDA MC CALL,<br>MARTHA DAVIS, and<br>KELLY LNU | |

The Grand Jury charges:

## COUNT 1

Beginning in and about June 2000, and continuing to on or about May 1, 2003, the exact dates being unknown to the Grand Jury, in Geneva County, Alabama, within the Middle District of Alabama and elsewhere,

AL RAY SHOEMAKER, d/b/a
AL'S BP,
BRENDA MCCALL, and
MARTHA DAVIS,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to manufacture five grams or more of methamphetamine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

On or about April 10, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP, and
BRENDA MCCALL,

defendants herein, while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and Title 18, United States Code, Section 2.

## COUNT 3

On or about April 17, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP, and
BRENDA MCCALL,

defendants herein, while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and Title 18, United States Code, Section 2.

## COUNT 4

On or about April 22, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP, and
MARTHA DAVIS,

defendants herein, while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and Title 18, United States Code, Section 2.

### COUNT 5

On or about May 1, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP, and
KELLY LNU,

defendants herein, while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and Title 18, United States Code, Section 2.

### Forfeiture Allegation

A.  Counts 1 through 5 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for violation of Title 21, United States Code, Sections 841 and 846 as alleged in Count 1 the defendants,

AL RAY SHOEMAKER, d/b/a AL'S BP,
BRENDA MCCALL, and
MARTHA DAVIS,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this indictment, including but not limited to the property described below in Part E.

C.   Upon conviction for violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 2, as alleged in Counts 2 and 3 of this indictment, the defendants,

AL RAY SHOEMAKER, d/b/a AL'S BP, and
BRENDA MCCALL,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 2 through 3 of this indictment, including but not limited to the property described below in Part E.

D.   Upon conviction for violation of Title 21, United States Code, Section 841, and Title 18, United States Code, Section 2, as alleged in Count 4 of this indictment, the defendants,

AL RAY SHOEMAKER, d/b/a AL'S BP, and
MARTHA DAVIS,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner

or part to commit and to facilitate the commission of the violation alleged in Count 4 of this indictment, including but not limited to the property described below in Part E.

E.   Upon conviction for violation of Title 21, United States Code, Section 841, and Title 18, United States Code, Section 2, as alleged in Count 5 of this indictment, the defendants,

AL RAY SHOEMAKER, d/b/a AL'S BP, and<br>KELLY LNU,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 5 of this indictment, including but not limited to the property described below.

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, Known as AL'S BP located on Highway 52 West Hartford, Alabama, more particularly described as:
>
> One lot of parcel of land in the Town of Hartford, Geneva County, Alabama as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW1/4 of the SE1/4 of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N67°-55'-19"E along said R/W 394.10 feet to an existing iron pipe and the Point of Beginning; thence continue N67°-55'-19"E along said R/W 435.6 feet to a set iron pipe; thence North 215.83 feet to the SE corner of parcel one shown hereon; thence S67°-55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning. Said land being located in the above mention forty and containing 2 acres.

F.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendants up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, 846, and 853 and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney