IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

vs.

AL RAY SHOEMAKER d/b/a
AL'S BP,

and

MARTHA DAVIS,

    Defendants.

CR.NO. 1:05CR153-F
[21 USC 846;
21 USC 841(a)(1);
21 USC 841(c)(2);
18 USC 2]

## NOTICE OF APPEARANCE AS ATTORNEY OF RECORD

COMES NOW David F. Holmes and files his notice of appearance of counsel on behalf of the Defendant, AL RAY SHOEMAKER d/b/a AL's BP, in the above matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was hand delivered to the Assistant United States Attorney on the 12th day of July, 2005.

HOLMES AND EUBANKS

David F. Holmes (HOL047)
Attorney for Defendant
P. O. Box 721
Slocomb, AL 36375
(334) 886-3123