**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☒ **INITIAL APPEARANCE**　　　　　　DATE: July 8, 2005
☐ BOND HEARING
☐ DETENTION HEARING　　　　　　Digital Recording 4:18 to 4:48 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB　　　DEPUTY CLERK: sql
CASE NO.: 1:05cr153-F　　　DEFT. NAME: Al Ray SHOEMAKER
AUSA: Hardwick　　　DEFT. ATTY: Ellman
　　　　　　　　　Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
　　　　　　　　　IA Only
PTSO: Thweatt/Martin/Conoly
USPO:

Defendant ____ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ____ YES  Name: ____

☒ Date of Arrest 7-8-05 or ☐ Arrest Rule 40
☒ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☒ Deft. Advises he will retain counsel. Has retained ____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
　☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for ____ at ____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☒ Release order entered. Deft advised of conditions of release
☒ BOND EXECUTED (M/D AL charges) $ ____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for ____
　　　DISCOVERY DISCLOSURE DATE: ____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for ____
☐ Waiver of Speedy Trial Act Rights executed