**COURTROOM DEPUTY MINUTES**          **DATE :   SEPTEMBER 19, 2005**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDED:  1:25 - 1:25**

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER:  2:05CR153-F-C**          **DEFENDANT NAME: AL RAY SHOEMAKER**

## APPEARANCES

|                 GOVERNMENT                 |                 DEFENDANT                 |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. DAVID HOLMES - NOT PRESENT |

---

❏     **DISCOVERY STATUS: NONE.**

_____

_____


❏     **PENDING MOTION STATUS:**

_____


❏     **PLEA STATUS:**

_____

_____


❏     **TRIAL STATUS**

_____

_____


√     **REMARKS:** Atty. for deft not present.

_____

_____