# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:05CR153-F** |
| | ) | |
| **AL RAY SHOEMAKER** | ) | |

## ORDER

For good causes, it is

**ORDERED** that the pretrial conference previously set in the above-case for September 19, 2005 be and is hereby **RESET** for **September 23, 2005 at 9:00 a.m.** This proceeding shall be conducted by telephone conference which the court will set up.

Done this 21st day of September, 2005.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE