| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 23, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  9:01 - 9:02** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR153-F-C   **DEFENDANT NAME:** AL RAY SHOEMAKER

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. DAVID HOLMES |

✓   **DISCOVERY STATUS: NONE.**

✓   **PENDING MOTION STATUS: NONE**

✓   **PLEA STATUS: POSSIBLE PLEA**

❏   **TRIAL STATUS:   WILL TAKE 2 DAYS FOR TRIAL.**

❏   **REMARKS:**