**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR NO. 1:05cr00153-F** |
| v. | ) | |
| | ) | |
| | ) | |
| **AL RAY SHOEMAKER d/b/a** | ) | |
| **AL'S BP** | ) | |
| | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, AL RAY SHOEMAKER, by and through his undersigned

attorney, and files this Notice of Intent to Change Plea to a plea of guilty in this cause based on a

Plea Agreement reached between the Government and the Defendant and the filing of an

Information by the Government.

Respectfully submitted,

HOLMES AND EUBANKS

David F. Holmes (HOL047)
Attorney for Defendant, Al Ray Shoemaker
P. O. Box 1180
Slocomb, AL 36375
(334) 886-3123

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2005, I electronically filed the foregoing
Notice of Intent to Change Plea with the Clerk of the Court using the CM/ECF system which
will send notification of such filing to the following: Jeffery C. Duffey, Timothy C. Halstrom,
John T. Harmon and Tommie Brown Hardwick.

Respectfully submitted,

David F. Holmes (HOL047)