RECEIVED
2005 OCT 28 P 3: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. __1:05cr00153-F__ |
| ) | [21 USC 841(f)(1); |
| v. ) | 18 USC 2] |
| ) | |
| AL RAY SHOEMAKER, d/b/a ) | |
| AL'S BP ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

Beginning on and about April 10, 2003, and continuing to on or about May 1, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP,

defendant herein, while aiding and abetting others known and unknown, in violation of this subchapter, namely, Title 21, United States Code, Section 841(c)(2), did knowingly distribute a listed chemical, to-wit: pseudoephedrine, other than in violation of a record-keeping and reporting requirement of Section 830 of Title 21, all in violation of Title 21, United States Code, Section 841(f)(1) and Title 18, United States Code, Section 2.

### Forfeiture Allegation

A.  Count 1 of this information is hereby repeated and incorporated herein by reference.

B.  Upon conviction for violation of Title 21, United States Code, Section 841, as alleged in Count 1 the defendant,

AL RAY SHOEMAKER, d/b/a
AL'S BP,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all

property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this information, including but not limited to the property described below.

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as AL'S BP located on Highway 52 West Hartford, Alabama, more particularly described as:
>
> One lot of parcel of land in the Town of Hartford, Geneva County, Alabama as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW1/4 of the SE1/4 of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N67°-55'-19"E along said R/W 394.10 feet to an existing iron pipe and the Point of Beginning; thence continue N67°-55'-19"E along said R/W 435.6 feet to a set iron pipe; thence North 215.83 feet to the SE corner of parcel one shown hereon; thence S67°-55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning. Said land being located in the above mentioned forty and containing 2 acres.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;
>
> (4) has been substantially diminished in value; or,
>
> (5) has been commingled with other property which cannot be subdivided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendants up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, and 853.

_/s/ Leura G. Canary_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_/s/ John T. Harmon_
JOHN T. HARMON
Assistant United States Attorney