**FILED**
NOV - 2 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| v. | ) | CR. NO. 1:05CR153-F |
|  | ) |  |
| AL RAY SHOEMAKER | ) |  |
| d/b/a AL's BP | ) |  |

## CONSENT

I, **Al Ray Shoemaker**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 2nd day of November, 2005

_____
Defendant

_____
Attorney