# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

v.

AL RAY SHOEMAKER

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:05cr153-F

I, _____AL RAY SHOEMAKER_____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 841(f)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11-2-05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer