| COURTROOM DEPUTY MINUTES | DATE: 11/2/05 | FTR RECORDING: 1:06 - 1:32 & 1:50 - 1:53 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: MITCHELL REISNER |

☐ ARRAIGNMENT  ☑ CHANGE OF PLEA  ☐ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

---

PRESIDING MAG. JUDGE: *CHARLES S. COODY*   DEPUTY CLERK: *WANDA STINSON*

CASE NUMBER: *1:05CR153-F-CSC*   DEFENDANT NAME: AL RAY SHOEMAKER

AUSA: TOMMIE HARDWICK   DEFENDANT ATTY: *DAVID F. HOLMES*

Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (√) CDO

USPO: DEWAYNE SPURLOCK

Defendant ___ does  √  does NOT need and interpreter.

Interpreter present?  √ NO ___ YES    Name: _____

---

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) __1__ of the **Felony Information**

☐ Count(s) _____  ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered.  √ Written plea agreement filed.  ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under √ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____ ; √ Sentencing on _____ ; √ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____ ; or  ☐ Sentencing on _____  ☐ set by separate Order.