```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
       v.                     )    CR. NO. 1:05cr153-F
                              )
AL RAY SHOEMAKER d/b/a        )
AL'S BP,                      )
```

## MOTION FOR FORFEITURE HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby moves this Honorable Court to schedule a forfeiture hearing at the time of defendant's sentencing and submits the following:

    1.   On November 2, 2005, a plea agreement was filed in the above styled case.

    2.   The plea agreement, however, did not address the forfeiture of the real property named in the Information filed on October 28, 2005. This real property is located on Highway 52 West, Hartford, Alabama and is also known as AL'S BP, being more particularly described as follows:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as AL'S BP located on Highway 52 West Hartford, Alabama, more particularly described as:
>
> One lot of parcel of land in the Town of Hartford, Geneva County, Alabama as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW1/4 of the SE1/4 of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N67°-55'-19"E along said R/W 394.10 feet to an existing iron pipe and

the Point of Beginning; thence continue N67°-55'-19"E along said R/W 435.6 feet to a set iron pipe; thence North 215.83 feet to the SE corner of parcel one shown hereon; thence S67°-55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning.  Said land being located in the above mention forty and containing 2 acres.

3.   The United States intends to seek forfeiture of the above-described real property and is prepared to present evidence at the hearing to support the forfeiture.

4.   Based on the above, the United States moves this Court to conduct a forfeiture hearing prior to sentencing of the defendant and, if warranted by the evidence presented, enter a Preliminary Order of Forfeiture at that time.

Respectfully submitted this the 3rd day of November, 2005.

                FOR THE UNITED STATES ATTORNEY
                      LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed the foregoing Motion for Forfeiture Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David F. Holmes** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov