IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-153-F |
| | ) | |
| AL RAY SHOEMAKER | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Forfeiture Hearing (Doc. #61) filed on November 3, 2005, it is hereby

ORDERED that the motion is set for hearing on January 24, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 4th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE