# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING                    AT MONTGOMERY, AL

DATE COMMENCED:   1/24/06                    AT:   9:05 a.m.
DATE COMPLETED:   1/24/06                    AT:   9:55 a.m.

UNITED STATES OF AMERICA          §
vs.                               §          CR. NO. 1:05CR153-F
                                  §
AL RAY SHOEMAKER                  §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| John Harmon | | David F. Holmes |

**COURT OFFICIALS PRESENT:**

Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

**COURTROOM PROCEEDINGS:**

( X )  **Forfeiture Hearing**

| | |
|---|---|
| 9:05 a.m. - | Court convenes. |
| | Counsel have agreed that the Eighth Amendment analysis is what is before the Court today. |
| | Government argues their position of forfeiture before the Court. |
| | Defense counsel argues his position regarding forfeiture issues and two exhibits are introduced into the record. |
| | Counsel have agreed on the amount that the property is worth, and the defendant has entered into a plea agreement with the Government. |
| | Parties stipulate that Al Shoemaker and his wife are the people listed on the deed. |
| | Court will take this matter under submission and will have an order out shortley. |
| 9:55 a.m. - | Court is in recess. |