| DEFENDANTS EXHIBITS | UNITED STATES OF AMERICA |
|---|---|
| **CR NO. 1:05CR153-F** | **vs** |
| | **Al RAY SHOEMAKER** |
| **1/24/06 FORFEITURE HEARING** | **PRESIDING JUDGE: MARK E. FULLER** |
| **exhibits with court file in separate binder** | **Court Reporter: James R. Dickens** |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 1-24-06 | 1-24-06 | 1 | | | Corporation Warranty Deed of Al and Sara Shoemaker |
| YES | 1-24-06 | 1-24-06 | 2 | | | Al's B.P. Food Mart Grocery List |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |