# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   2/7/06         AT:   10:25 a.m.
DATE COMPLETED:   2/7/06         AT:   10:55 a.m.

UNITED STATES OF AMERICA §
vs.                      §    CR. NO. 1:05CR153-F
                         §
AL RAY SHOEMAKER         §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Hardwick | | David F. Holmes |
| John Harmon | | |

COURT OFFICIALS PRESENT:

Josh Clayton, Law Clerk                    Doug Mathis, USPO
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

    10:25 a.m. - Court convenes.
Government states the terms of the plea agreement to the Court.
The Court will follow the terms of the plea agreement and accepts the terms of the plea agreement.
Court will GRANT Government's Motion for Reduction for Acceptance of Responsibility, (Doc. #73).
Government wants defendant sentenced at the high end of the guideline range.
Defense counsel asks for the bottom end of the guideline range.
Court sentences defendant and advises him of his right to an appeal.
Government requests that the Final Order of Forfeiture be entered.
Court will GRANT requests and enter that Final Order of Forfeiture.
Government will file a written motion to dismiss indictment.
    10:55 a.m. - Court is in recess.