IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR NO. 1:05cr00153-F |
| v. | ) | |
| | ) | |
| | ) | |
| AL RAY SHOEMAKER d/b/a | ) | |
| AL'S BP | ) | |
| | ) | |

## MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE (DOC 76.) TO PROVIDE FOR CASH PAYMENT

COMES NOW Sarah Shoemaker, Petitioner in the above styled cause, and, by and through her undersigned attorney, files her Motion to Amend Preliminary Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n)(6) and in support there of would state:

1. That Sarah Shoemaker has filed a claim to the property that is the subject of this forfeiture action, to wit:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as AL'S BP located on Highway 52 West, Hartford, Alabama, more particularly described as: One lot or parcel of land in the Town of Hartford, Geneva County, Alabama, as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW 1/4 of the SE 1/4 of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N 67 degrees -55'-19"E along said R/W 394.10 feet to an existing iron pipe and the Point of Beginning; thence continue N 67 degrees -55'-19"E along said R/W 435.6 feet to a set iron pipe; thence North 215.83 feet to the SE corner of parcel one shown hereon; thence S 67 degrees -55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning. Said land being located in the above mentioned forty and containing 2 acres.

2. That Sarah Shoemaker desires to keep the property in whole due to the fact that the husband of Sarah Shoemaker, Al Ray Shoemaker is scheduled to commence a 4 year prison sentence on March 24, 2006, and petitioner needs said property to provide an income during his

incarceration.

3. That Sarah Shoemaker desires to attempt to satisfy the forfeiture order through a cash payment for the government's interest in the property in some amount satisfactory to this Court and the Government.

WHEREFORE, the Petitioner prays that this Honorable Court will amend its Preliminary Order of Forfeiture (Doc. 76) authorizing the Petitioner, Sarah Shoemaker, to satisfy this forfeiture by making a cash payment and to have a hearing to adjudicate her interests in the property.

_Sarah Shoemaker_
SARAH SHOEMAKER, Petitioner

STATE OF ALABAMA
COUNTY OF GENEVA

Before me, the undersigned authority, a Notary Public in and for said County and State at large, personally appeared Sarah Shoemaker, who being first duly sworn, did depose and state, under oath that the facts contained in the foregoing Motion are true and correct to the best of her knowledge, memory and belief.

Sworn to and subscribed before me this 28th day of March, 2006.

_Dolores G Jones_
Notary Public
My Commission
Expires: 6-3-2008

Respectfully submitted,

HOLMES AND EUBANKS

David P. Holmes (HOL047)
Attorney for Petitioner, Sarah Shoemaker
P. O. Box 1180
Slocomb, AL 36375
(334) 886-3123

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March __, 2006, I electronically filed the foregoing Notice of Intent to Change Plea with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, Timothy C. Halstrom, John T. Harmon and Tommie Brown Hardwick.

David F. Holmes (HOL047)