IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )    CR NO. 1:05cr00153-F
                                    )
AL RAY SHOEMAKER d/b/a              )
AL'S BP                             )

## NOTICE OF CLAIM OF SARA SHOEMAKER

COMES NOW the Petitioner, SARAH SHOEMAKER, by and through her undersigned attorney and files this Notice of Claim to property described in the Preliminary Order of Forfeiture (Doc. 76) and would allege as follows:

1. That pursuant to a Warranty Deed, a copy of which is attached hereto, Sarah Shoemaker has a rightful title to an undivided one-half interest in the property described in the Preliminary Order of Forfeiture, said property also known as Al's BP, located on Highway 52 West in Hartford, Alabama.

2. That Sarah Shoemaker would allege that her undivided one-half interest is not subject to forfeiture and that her interest in the undivided one-half interest is superior to any claims of any other parties including that of the United States of America.

WHEREFORE, Sarah Shoemaker prays that this Honorable Court will recognize her claim in the aforementioned property.

_____
SARAH SHOEMAKER, Petitioner

STATE OF ALABAMA
COUNTY OF GENEVA

Before me, the undersigned authority, a Notary Public in and for said County and State at large, personally appeared Sarah Shoemaker, who being first duly sworn, did depose and state, under oath that the facts contained in the foregoing Motion are true and correct to the best of her knowledge, memory and belief.

Sworn to and subscribed before me this 28th day of March, 2006.

_____
Notary Public Debora Edwins
My Commission Expires: 6-3-2008

Respectfully submitted,

HOLMES AND EUBANKS

_____
David F. Holmes (HOL047)
Attorney for Petitioner, Sarah Shoemaker
P. O. Box 1180
Slocomb, AL 36375
(334) 886-3123

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28th, 2006, I electronically filed the foregoing Notice of Intent to Change Plea with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, Timothy C. Halstrom, John T. Harmon and Tommie Brown Hardwick.

_____
David F. Holmes (HOL047)

This deed prepared by Steagall & Adams, Attorneys, Ozark, Alabama 36360

**CORPORATION WARRANTY DEED, JOINTLY FOR LIFE WITH REMAINDER TO SURVIVOR**

THE STATE OF ALABAMA

GENEVA ~~DALE~~ COUNTY

KNOW ALL MEN BY THESE PRESENTS that in consideration of ___Ten_____ DOLLARS and other valuable considerations to the undersigned GRANTOR in hand paid by the GRANTEES herein, the receipt whereof, is acknowledged _____ GREATER HARTFORD, INC. _____

a corporation (herein referred to as GRANTOR . . .), does hereby GRANT, BARGAIN, SELL and CONVEY unto

Al Shoemaker and wife, Sara Shoemaker

(herein referred to as GRANTEE,) and their assigns or to the survivor of them, his or her heirs and assigns, the following described Real Estate, situated in the County of ~~Dale~~ Geneva and State of Alabama, to wit:

One lot or parcel of land in the Town of Hartford, Geneva County, Alabama as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW¼ of the SE¼ of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N67°-55'-19"E along said R/W 394.10 feet to an existing iron pipe and the Point of Beginning; thence continue N67°-55'-19"E along said R/W 435.6 feet to a set iron pipe; thence North 215.83 feet to the SE corner of parcel one shown hereon; thence S67°-55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning. Said land being in GENEVA COUNTY, STATE OF ALABAMA above mentioned forty and containing 2 acres.

I hereby certify this instrument was filed for record on the _12_ day of _Jul_ 19_83_ at _12:10_ o'clock _P_.m. In my office and duly recorded in _____ Book _11_ Page _220_

I also certify that before filing of this instrument for record the privilege tax thereon imposed by Section 40-22-1 of the Code of Alabama has been paid thereof, a fee simple title therein, but upon the death of either of them and in the heirs and assigns of such survivor FOREVER.

B. WISE JUDGE OF PROBATE, GENEVA CO., ALA.

TO HAVE AND TO HOLD, the aforegranted premises to the said GRANTEE, Al Shoemaker and wife, Sara Shoemaker, their heirs and assigns jointly to them jointly to mortgage, sell or convey said property and pass a fee simple title thereto, but upon the death of either of them if said property has not theretofore been conveyed thereof, a fee simple title to said property shall vest in the survivor of them and in the heirs and assigns of such survivor FOREVER.

And Grantor does covenant with the said ___Al Shoemaker and wife, Sara Shoemaker___ and assigns, that it is lawfully seized in fee simple of the aforementioned premises except as herein above provided; that they are free from all encumbrances; that it has a good right to sell and convey the same to the said ___Al Shoemaker and wife, Sara Shoemaker, their___

heirs and assigns, and that Grantor will WARRANT AND DEFEND the premises to the said ___Al Shoemaker and wife, Sara Shoemaker, their___ heirs and assigns forever, against the lawful claims and demands of all persons, except as herein above provided.

IN WITNESS WHEREOF, _____ GREATER HARTFORD, INC. _____, a corporation, has caused this instrument to be executed by _____ GREATER HARTFORD, INC. _____, its duly authorized _____

This _____ day of _____, 19 _83_

ATTEST:                                         GREATER HARTFORD, INC.

_Betty O. Field_                               BY: _W.L. Kennedy_
~~XXXXX~~ Secretary                              ITS President