AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

**DEFENDANT:** AL RAY SHOEMAKER
**CASE NUMBER:** 1:05CR153-F

RECEIVED

2006 MAR 28 P 2: 55

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Forty eight (48) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on **March 24, 2006**

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

MAR 3 0 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  3-24-2006  to  FPC MON

at  Maxwell AFB, AL 36112 , with a certified copy of this judgment.

Scott A. Middlebrooks, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL