IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-153-MEF |
| | ) | |
| AL RAY SHOEMAKER | ) | |

## **O R D E R**

Upon consideration of claimant's Motion to Amend Preliminary Order of Forfeiture to Provide for Cash Payment (Doc. #107) filed March 29, 2006, it is hereby

ORDERED that the government show cause in writing on or before April 14, 2006 as to why the motion should not be granted.

DONE this the 5th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE