IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05cr153-MEF |
| ) | |
| AL RAY SHOEMAKER d/b/a ) | |
| AL'S BP, ) | |

<u>RESPONSE TO SHOW CAUSE ORDER</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby responds as follows to this Court's Order:

   1.   Sarah Shoemaker filed a "Notice of Claim of Sarah Shoemaker"(Claim) and a "Motion to Amend Preliminary Order of Forfeiture (Doc. 76) to Provide for Cash Payment"(Motion).  The claim asserts her right to a "undivided one-half interest" in the subject real property based upon an attached deed which conveyed title to said property to AL Shoemaker and Sara Shoemaker in 1983.  (Ms. Shoemarker's first name is spelled "Sarah" in the Motion and Sara in the Claim and Deed.  There is no doubt however that the names listed here refer to one and the same person).

   2.   Pursuant to Title 21, United States Code, Section 853(n)(6)(A), Ms. Shoemaker has a legal right, title or interest in the subject real property which was vested in her, rather than the defendant in this case, at the time of the illegal acts which gave

rise to forfeitures. Accordingly, Ms. Shoemaker is entitled to a one-half interest in the property and the Preliminary Order of Forfeiture should be so amended.

3. Separately, the United States and Ms. Shoemaker have reached a settlement in this case under which she will purchase the United States' interest in the subject property for One Hundred Thirty-Five Thousand Dollars ($135,000) and execute a document certifying that she is not acting on behalf of or in concent with the defendant, Al Ray Shoemaker.

4. The United States would ask the Court to allow the parties to draft the proper documents to reflect the amendment to the Preliminary Order of Forfeiture and this settlement and to submit the same to the Court.

Respectfully submitted this 14th day of April, 2006.

                FOR THE UNITED STATES ATTORNEY
                LEURA G. CANARY

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Office of the United States Attorney
                Middle District of Alabama
                One Court Square, Suite 201 (36104)
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile: (334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2006, I electronically filed the foregoing Response to Show Cause Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeffery C. Duffey, Timothy Charles Halstrom, David F. Holmes** and **Tommie Brown Hardwick**.

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J