IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05cr153-F |
| ) | |
| AL RAY SHOEMAKER d/b/a ) | |
| AL'S BP ) | |

MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to amend the Preliminary Order of Forfeiture entered February 3, 2006, stating as follows:

1.   On February 3, 2006, this Honorable Court entered a Preliminary Order of Forfeiture forfeiting the interest of Defendant Al Ray Shoemaker in the subject real property to the United States.

2.   On May 9, 2006, the United States and Sarah Shoemaker entered into a Stipulation for Compromise Settlement in which Sarah Shoemaker consented to pay the United States the sum of One Hundred Thirty-Five Thousand ($135,000) Dollars. The United States agreed to amend the Preliminary Order of Forfeiture to show that all right, title and interest in the subject real property described therein be conveyed to Sarah Shoemaker.

3.   The United States Marshals Service has received a check for One Hundred Thirty-Five Thousand ($135,000) Dollars in fulfillment of the Stipulation.

4.    The United States submits that the Preliminary Order of Forfeiture should be amended to reflect that Sarah Shoemaker is the sole owner of the subject property and the case should be dismissed.

5.    A proposed Order is attached.

Respectfully submitted this 23rd day of May, 2006.

>     FOR THE UNITED STATES ATTORNEY
>             LEURA G. CANARY
>
>
>     /s/John T. Harmon
>     John T. Harmon
>     Assistant United States Attorney
>     Bar Number: 7068-II58J
>     Office of the United States Attorney
>     Middle District of Alabama
>     One Court Square, Suite 201 (36104)
>     Post Office Box 197
>     Montgomery, Alabama 36101-0197
>     Telephone:(334) 223-7280
>     Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing Motion to Amend Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David F. Holmes** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J