IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr153-F |
| | ) | |
| AL RAY SHOEMAKER d/b/a | ) | |
| AL'S BP | ) | |

UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on February 3, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Al Ray Shoemaker to forfeit his interest in the subject real property to the United States;

That on March 10, 2006, notice was served upon Sarah Shoemaker by the United States Marshals Service;

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Montgomery Advertiser newspaper on March 17, 24 and 31, 2006; and,

That Sarah Shoemaker filed a petition of interest within that thirty-day period.

On May 9, 2006, the United States and Sarah Shoemaker entered into a Stipulation for Compromise Settlement in which Sarah Shoemaker consented to pay the United States the sum of One Hundred Thirty-Five Thousand ($135,000) Dollars. The United States agreed to amend the Preliminary Order of Forfeiture to show that all right, title and interest in the subject real property described therein be conveyed to Sarah Shoemaker.

On June 5, 2006, an Amended Preliminary Order of Forfeiture was entered conveyed all interest in the Defendant property to Sarah Shoemaker.

That no other person has filed a petition of interest within the required thirty-day period. Therefore, any other third-party interests are barred by failure of those parties to file a timely petition. Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture.

Respectfully submitted this 7th day of June, 2006.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Bar Number: 7068-II58J
                Office of the United States Attorney
                Middle District of Alabama
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David F. Holmes** and **Tommie Brown Hardwick.**

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J