IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr153-F |
| | ) | |
| AL RAY SHOEMAKER d/b/a | ) | |
| AL'S BP, | ) | |

### FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on February 3, 2006, ordering defendant Al Ray Shoemaker to forfeit his interest in the subject real property to the United States. Notice of the Preliminary Order of Forfeiture was given by publication on March 17, 24, and 31, 2006 in the Montgomery Advertiser, and notice was served upon Sarah Shoemaker on March 10, 2006.

Sarah Shoemaker timely petitioned the Court for a hearing to adjudicate the validity of her alleged interest in said real property, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6).

On May 9, 2006, the United States and Sarah Shoemaker entered into a Stipulation for Compromise Settlement whereby Sarah Shoemaker agreed to pay the United States Marshals Service the sum of One Hundred Thirty-Five Thousand ($135,000) Dollars and the United States agreed, upon payment, to amend the Preliminary Order of Forfeiture to show that all right, title and interest in the subject real property was conveyed to Sarah Shoemaker.

On June 5, 2006, this Court issued an Amended Preliminary Order of Forfeiture to convey all right, title and interest in the subject real property to Sarah Shoemaker.

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Amended Preliminary Order of Forfeiture is final and all right, title and interest in the subject real property is hereby conveyed to Sarah Shoemaker:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as AL'S BP located on Highway 52 West Hartford, Alabama, more particularly described as:
>
> One lot of parcel of land in the Town of Hartford, Geneva County, Alabama as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW1/4 of the SE1/4 of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N67°-55'-19"E along said R/W 394.10 feet to an existing iron pipe and the Point of Beginning; thence continue N67°-55'-19"E along said R/W 435.6 feet to a set iron pipe; thence North 215.83 feet to the SE corner of parcel one shown hereon; thence S67°-55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning. Said land being located in the above mention forty and containing 2 acres.

2. The United States shall remove its lis pendens filed against the subject real property.

3.   The One Hundred Thirty-Five Thousand ($135,000) Dollars is forfeited to the United States and no right, title or interest in the One Hundred Thirty-Five Thousand ($135,000) Dollars shall exist in any other party and shall be disposed of according to law.

4.   IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE