| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

⑤ ✓

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:05CR153-MEF |
|---|---|
| DEFENDANT<br>AL RAY SHOEMAKER D/B/A AL'S BP | TYPE OF PROCESS<br>Amended Preliminary Order of Forfeiture |

RECEIVED 2006 JUN -8 P 1:30

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sarah Shoemaker
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
716 County Road 36; Hartford, AL 36344

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

CATS Number 05-DEA-459649

Attny David Holmes
FAX - 334-886-2331

RECEIVED 2006 JUN -8 A

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 6/6/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 6/8/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

RETURNED

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

JUL 26 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Date 7/17/06  Time 1:05 ☒ pm

Signature of U.S. Marshal or Deputy
C. J. Tatom

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | 0 | 0 | $90.00 | 0 | $90.00 |

REMARKS: SERVED At AL'S B.P. Hwy 52 W Hartford, AL (334) 588-3604 (home), (334) 797-1736 (cell) 0 Miles charged

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|