# EXHIBIT 1

WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340

OPERATIVE REPORT

| | | |
|---|---|---|
| Patient Name: SHOEMAKER AL | Number: 479207 | Admit Date: 12/18/03 |
| Sex: M   Age: 61 | Med Record: 263521011 MR | Disc. Date: 00/00/00 |
| Date of Birth: 02/24/1942 | Type: I/P   Room#: 620-A | Physician: SIMMONS JOHN F |
| | | Physician Number: 001000 |

DATE OF PROCEDURE:
12/18/03

PREOPERATIVE DIAGNOSIS:
INCARCERATED VENTRAL HERNIA

POSTOPERATIVE DIAGNOSIS:
MULTI-LOCULATED INCARCERATED VENTRAL HERNIA WITH MASSIVE INTRAABDOMINAL ADHESIONS

OPERATIVE PROCEDURE:
EXPLORATORY LAPAROTOMY WITH LYSIS OF ADHESIONS AND REPAIR OF A MULTI-LOCULATED INCARCERATED VENTRAL HERNIA

REFERRING PHYSICIAN:
J.F. SIMMONS, M.D.

INDICATIONS: THE PATIENT IS A 61 YEAR OLD WHITE MALE WHO HAS PREVIOUSLY UNDERGONE A PARTIAL COLECTOMY FOR A RUPTURED DIVERTICULUM AND RESULTING DIVERTICULITIS AND ABSCESS FORMATION. THE PATIENT HAD A TEMPORARY DIVERTING COLOSTOMY. THIS WAS SUBSEQUENTLY CLOSED. ALL OF THESE PROCEDURES TOOK PLACE IN AN OUTSIDE INSTITUTION. THE PATIENT HAS NOW DEVELOPED A LARGE INCARCERATED VENTRAL HERNIA ALONG THE MAJORITY OF THE MIDLINE INCISION. HE ALSO HAS A SIGNIFICANT DEGREE OF PAIN AND TENDERNESS AND A SUGGESTION OF A MASS BENEATH THE PREVIOUS OSTOMY SITE.

PROCEDURE: THE PATIENT WAS TAKEN TO THE OPERATING ROOM, PLACED IN THE SUPINE POSITION, GENERAL ANESTHESIA WAS ADMINISTERED. THE PATIENT'S ENTIRE ABDOMEN WAS STERILELY PREPPED AND DRAPED. USING A NUMBER 15 SCALPEL THE PREVIOUS MIDLINE INCISION WAS RE-INCISED. THE SUPERFICIAL SUBCUTANEOUS TISSUE WAS DIVIDED WITH THE BOVIE CAUTERY. MULTIPLE INCARCERATED HERNIA SACS WERE ENCOUNTERED IN THE SUBCUTANEOUS TISSUE. USING A COMBINATION OF GENTLE BLUNT DISSECTION WITH A HEMOSTAT AND OCCASIONAL DISSECTION WITH THE BOVIE CAUTERY THESE HERNIA SACS WERE DISSECTED AWAY FROM THE SURROUNDING ADIPOSE TISSUE DOWN TO THE LEVEL OF THE FASCIA. THE SACS WERE EACH OPENED WITH A SCALPEL. MULTIPLE LOOPS OF INTESTINE WERE INCARCERATED WITHIN THE HERNIA SAC AS WERE SEVERAL PORTIONS OF OMENTUM. A VERY TEDIOUS AND PROLONGED PAINSTAKING PROCESS WAS THEN UNDERTAKEN TO DISSECT THE ADHESED INTESTINES AWAY FROM THE UNDER SURFACE OF THE ANTERIOR ABDOMINAL WALL. THIS WAS ACCOMPLISHED UNDER DIRECT VISION BY MAINTAINING GENTLE DOWNWARD TRACTION ON THE INTESTINES AND DIVIDING THE ADHESIONS BETWEEN THE INTESTINES AND THE ABDOMINAL WALL WITH EITHER A SCALPEL OR THE METZENBAUM SCISSORS. LIKEWISE, THE ADHESIONS BETWEEN THE OMENTUM AND ABDOMINAL WALL WERE DIVIDED IN A SIMILAR FASHION. ONCE THE UNDER SURFACE OF THE ANTERIOR ABDOMINAL WALL HAD BEEN FREED OF INTESTINES AND OMENTUM THE MIDLINE INCISION WAS FULLY OPENED. ATTENUATED FASCIA WAS EXCISED WITH THE BOVIE CAUTERY. SEVERAL LOOPS OF BOWEL WERE FOUND TO BE INCARCERATED WITHIN A SMALL HERNIA AT THE PREVIOUS OSTOMY SITE. THESE WERE REDUCED OUT OF THE HERNIA. ADHESIONS BETWEEN THE INTESTINES AND ABDOMINAL WALL WERE AGAIN DIVIDED USING THE METZENBAUM SCISSORS UNDER DIRECT VISION. THE FASCIAL DEFECT AT THE OSTOMY SITE WAS THEN CLOSED USING A COMBINATION OF A RUNNING STITCH OF NUMBER ONE VICRYL AND INTERRUPTED STITCHES OF BRAIDED NYLON.

WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340

## OPERATIVE REPORT

| | | |
|---|---|---|
| Patient Name: SHOEMAKER AL | Number: 479207 | Admit Date: 12/18/03 |
| Sex: M    Age: 61 | Med Record: 263521011 MR | Disc. Date: 00/00/00 |
| Date of Birth: 02/24/1942 | Type: I/P    Room#: 620-A | Physician: SIMMONS JOHN F |
| | | Physician Number: 001000 |

THE SMALL INTESTINE WAS RUN THROUGHOUT ITS COURSE BEGINNING AT THE ILEOCECAL VALVE AND EXTENDING PROXIMALLY. MULTIPLE LOOPS OF SMALL BOWEL WERE DENSELY ADHESED TO EACH OTHER. THESE ADHESIONS WERE DIVIDED UNDER DIRECT VISION USING A SCALPEL WITH THE METZENBAUM SCISSORS. EVENTUALLY, ALL OF THE SMALL BOWEL WAS ABLE TO BE FREE OF ADHESIONS. AT THIS POINT THE ABDOMEN WAS IRRIGATED WITH WARM NORMAL SALINE. A FINAL CHECK WAS MADE FOR HEMOSTASIS. NO BLEEDING WAS NOTED. THE LINEA ALBA WAS THEN CLOSED USING A COMBINATION OF A RUNNING STITCH OF NUMBER ONE VICRYL WHICH WAS BUTTRESSED WITH INTERRUPTED STITCHES OF BRAIDED NYLON. THE SKIN WAS CLOSED WITH SKIN CLIPS. HE TOLERATED THIS VERY PROLONGED AND TEDIOUS PROCEDURE WELL, WAS TAKEN FROM THE OPERATING ROOM, TO THE RECOVERY ROOM, IN STABLE CONDITION.

DALE MITCHUM, M.D.
DATE DICTATED: 12/19/03
DATE TYPED: 12/19/03/lm/1:00 P.M.