# EXHIBIT 2

BP-S622.060 RADIOLOGIC CONSULTATION REQUEST/REPORT CDFRM
JUL 99
U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS

| Patient Identification: Name, Register Number, Date of Birth, Institution<br><br>SHOEMAKER, Al<br>11720-002<br>02/24/42<br>FMC Butner | Age: 64 | Sex: M | Examination Performed:<br>❖ contrast enhanced CT of the chest, abdomen, and pelvis |
|---|---|---|---|
| | Pregnant: No | | |
| | Diabetic: | | Unit: 4D |
| | Requested By:<br>BOWENS PA-C | | Date Requested:<br>08/15/06 |
| History/Indications for Study:<br>❖ | | | |
| Date of Study:<br>09/01/06 (Friday) | Date Dictation Received:<br>09/01/06 (Friday) | Date Dictation Transcribed:<br>09/05/06 (Tuesday) | Film: |

## RADIOLOGIC REPORT

**Procedure:** 5 mm helical images obtained from the lung apices to the pubic symphysis. A total of 150 cc of Isovue 300 were injected for the chest, abdomen, and pelvis. Oral contrast was given.

**Comparisons:** Ø

### FINDINGS
**CT Chest:**
The mediastinum is unremarkable. No focal pulmonary nodules can be identified. No focal infiltrates are seen. No evidence of mediastinal mass is evident. The bones are unremarkable.

**CT Abdomen & Pelvis:**
There are multiple liver masses evident. These involve the right and left lobe of the liver and are most consistent with multiple metastases. The largest mass is located in the lateral segment of the left lobe and measures 3.4 cm in largest diameter. There is a left sided adeno-myolipoma in the adrenal gland. It is largely replaced with fat and measures 3.8 cm in largest diameter. There are adrenal calcifications present bilaterally likely related to prior infection. The kidneys are unremarkable.

In the abdominal cavity there is a soft tissue mass surrounding the region of the ascending colon. There is an adjacent mass measuring 1.8 cm. In addition there are borderline lymph nodes present more medially. This is most consistent with patient's suspected carcinoma of the ascending colon.

CT of the pelvis demonstrates no masses and no adenopathy.

Bone windows demonstrate no destructive lesions.

### IMPRESSION
1. Multiple liver metastases.
2. Adeno-myolipoma of the left adrenal gland that is incidental.
3. Bilateral adrenal calcifications likely related to prior infections.

| Signature:<br>HECTOR HIDALGO, M.D. | Location of Radiologic Facility<br>FMC Butner |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)       This form replaces BP-S622 dtd AUG 96

