# EXHIBIT 3

CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Name: SHOEMAKER, Al<br>Reg. #: 11720-002<br>DOB: | Institution: FMC Butner<br>Consultant: ANDES MD |
|---|---|

Reason for Consult/Disease:
↪ synchronous colon cancer with metastases; hyperlipidemia; diverticulosis; chronic back pain secondary to osteoarthritis

| Date of Visit/Dictation: 09/11/06 (Monday) | Dictation Received: 09/12/06 (Tuesday) | Dictation Transcribed: 09/12/06 (Tuesday) |
|---|---|---|

## CONSULT → MEDICAL ONCOLOGY

**SUBJECTIVE:**
This is the first visit for this 64 y/o gentleman with me but he was also seen by Dr. Silon. He had problems with his GI tract. He had a hemoglobin of about 12.1 with an MCV of 85 back in June of this year. He did not realize he had been bleeding but thought that he had just become anemic and somehow responded to iron. His hemoglobin was most recently measured on 8/29 and was 12.3 but his MCV was then down to 80. His platelets were slightly elevated and he had been found to have synchronous colon cancer at the rectosigmoid junc-tion and in the transverse colon as shown by biopsy. He had had a partial colectomy of approximately 18" removed about 4½ years ago. This was removed for diverticulosis and he required a colostomy because of difficulty sealing off the leak. That colostomy was subsequently reversed and he began to have more normal bowel movements. However, about 8 weeks ago he began to have rectal bleeding and melena and colonoscopy revealed the lesions. I gathered that the colonoscopist did not believe there was cancer at the transverse colon but the pathologist felt that he did. The mass at the rectosigmoid junction was clearly a problem but he did not have stricture there as he did at the mid transverse. He was sent here and apparently surgery saw him without a CAT scan and felt that resection would be in order but subsequent CAT scan done 9/1 revealed the chest was unremarkable without nodules. The abdomen revealed "multiple liver masses" involving the right and left lobes with the largest area being about 3.4 cm in the lateral segment of the left lobe. He was also thought to have a myolipoma in the adrenal gland at about 3.8 cm. They did see a soft tissue mass surrounding the region of the ascending colon so I suppose that the mass at the ascending colon could be either nodes or even a third malignancy not apparent on colonoscopy. The bones looked unremarkable. He denies abdominal pain whatsoever. MRI of the lumbar spine revealed degenerative disc disease at almost all levels. He took Dr. Winston's comments to be that he had no trouble other than what was in his intestinal tract and that surgery would potentially cure this with an operation. I have told him that I believe both of those doctors did not have CAT scans to rely on and certainly he does have big time incurable disease.

He has had good control of his blood pressure and other problems and has actually been gaining weight with all of the problems going on. He has not had a definitive decision made by surgery regarding his colon as far as I can tell.

**OBJECTIVE:**
HT 5'1", BP 113/98, P 72, 100% saturation on room air, R 16, T 98. His head is normocephalic without trauma. His abdomen is grossly obese. His liver was however about 11.5 cm, within my normal range, in the right midclavicular line without tenderness or rebound. There was no bruit in the abdomen or spleen and no mass was palpable. I could not find lymphadenopathy. His chest revealed decreased breath sounds bilaterally. He had no pedal edema. His reflexes were 2+. He was alert and cooperative.

**ASSESSMENT & PLAN:**
Mr. Shoemaker was essentially crushed when I told him what I thought was going on. I apologized but told him he needed to know what this was about and where we believed he had disease. I was already worried when I saw that his CEA was about 76. He said his wife would be distraught as a "devout Christian" and he did break down 2-3 times during our review of things. He's been in prison a little over 5 months and has some years yet to serve. I reviewed with him the fact that I thought the disease was probably incurable with the extent of his problem. He then immediately suggested he was "terminal" but I disputed that distinctly and on several occasions pointed out while he did have significant amounts of disease, nothing was in vital organs and he had had no treatment for any of it! I told him I wasn't sure surgery was really required for this situation but Dr. Winston and I would discuss that and let the surgeons help decide. I subsequently did call Dr. Winston, who felt surgery was not necessarily required and I don't really see the point either. Certainly he could worsen or have chronic bleeding, obstruction, or perforation, or other problems but neoadjuvant chemotherapy might also be a help for him. I'm going to go ahead and order iron studies today, repeat the CEA, and I plan on treating him next week with FOLFIRI. I'm also going to start him on iron and try to get a PortaCath put in before we treat him. He understands these issues and is still hopeful. I think by the end he did understand about the extent of his disease as best anyone could educate him. He was disappointed of course. I explored several options with him and again emphasized that he was not terminal but had an advanced disease we could certainly treat and hopefully help him a great deal. He understands this.

Signature: [signature] 9/14/06    **DICTATED BUT NOT READ**
W. ABE ANDES, M.D.

WAA/th                                                    Preliminary report until signed.

(7)