# EXHIBIT 4

BP-S622.060 RADIOLOGIC CONSULTATION REQUEST/REPORT CDFRM
JUL 99
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Patient Identification: Name, Register Number, Date of Birth, Institution | Age: 64 | Sex: M | Examination Performed: |
|---|---|---|---|
| SHOEMAKER, Al 11720-002 02-24-42 FMC Butner | Pregnant: No | | ◦ contrast enhanced CT scan of the abdomen utilizing 150 ml Isovue 300 IV, oral contrast |
| | Diabetic: | | Unit: 3C |
| | Requested By: ANDES MD | | Date Requested: 11-15-06 |

| History/Indications for Study: ◦ follow-up colon cancer |
|---|

| Date of Study: 11-21-06 [Tuesday] | Date Dictation Received: 11-21-06 [Tuesday] | Date Dictation Transcribed: 11-26-06 [Sunday] | Film: |
|---|---|---|---|

## RADIOLOGIC REPORT

**Procedure:**
**Comparisons:**     9-1-06

## FINDINGS
Imaged portions of the lung bases demonstrate a minimal parenchymal density in the right azygoesophageal recess which has diminished and may represent an area of infiltrate or atelectasis.

Within the liver, multiple low density masses are present, consistent with metastatic disease. A few lesions have shown slight enlargement. One such lesion is a 1.5 cm lesion inferiorly within the right lobe of the liver on image #24, increased from 1.0 cm on the prior study. There is a newly demonstrated lesion of approximately 1 cm in the lateral segment near the falciform ligament on image 12. Most lesions however are relatively stable to minimally increased.

The spleen is unremarkable. Two small structures adjacent to the spleen consistent with accessory spleens are noted. In addition however there are soft tissue masses present anterior to the ascending colon on image 31 which have enlarged slightly in size and another within the transverse mesocolon of approximately 1 cm which is stable.

There is no ascites identified. Minimal umbilical hernia containing only fat.

Coarse calcification is identified in the adrenal glands bilaterally. In addition, there is a fatty mass of the left adrenal gland with some soft tissue density elements consistent with myelolipoma.

## IMPRESSION
1. Multiple hepatic masses consistent with metastatic disease. Evidence of slight overall progression since 9-1-06 as detailed above.
2. Stable soft tissue mass in the transverse mesocolon.
3. Slight interval enlargement of mass anterior to the ascending colon.
4. Not fully imaged on this study, focal wall thickening in the ascending colon.
5. Bilateral adrenal calcification most consistent with healed granulomatous disease or other prior inflammatory process.
6. Left adrenal mass predominantly composed of fatty tissue consistent with myelolipoma.
7. Minimal umbilical hernia.

| Signature: SAM BONE, M.D. | Location of Radiologic Facility FMC Butner |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)        This form replaces BP-S622 dtd AUG 96