# EXHIBIT 5

**DISCHARGE PLANS FOR COMPASSIONATE RELEASE**
**SOCIAL WORK SERVICES - MEDICAL**
**FEDERAL MEDICAL CENTER**
**FEDERAL CORRECTIONAL COMPLEX**
**Butner, North Carolina**

Name:     Al Shoemaker
Reg#:     11720-002
DOB:      02/24/1942
SSN:
Next of Kin: ( B-7-c.  B-6 )
Physician:  Dr. Winston

## Current Situation:

Inmate Shoemaker is a 64 year old married, White male from West Palm Beach, Florida, serving a 48 month sentence plus two years Supervised Release for Controlled Substance - Sell, Dispense/Aiding and Abetting Possession with Intent to Distribute Methamphetamine. His projected release date is September 14, 2009 Via Good Conduct Release. He has been housed at the Federal Prison Camp; Montgomery, Alabama (FPC Montgomery) and the Federal Medical Center in Butner, North Carolina (FMC Butner).

Mr. Shoemaker was transferred from FPC Montgomery to FMC Butner on August 24, 2006 with a diagnosis Metastatic colon cancer with spread to liver and lung. He is terminally ill with a poor prognosis.

Mr. Shoemaker stated that he has never been treated for a mental illness. He reports drinking alcohol on a social basis and denies using any other substances.

## Criminal Background

Mr. Shoemaker has been convicted of the following prior offenses: Open Container (2001) and Unlawful Display of a Firearm (2003).

## Current Diagnosis

Metastatic colon cancer with spread to liver and lung

## Proposed Residence When Released

Mr. Shoemaker will reside with    B-7-c.  B-6    in Hartford, Alabama. He indicated that he would received follow up care at Wiregrass Hospital in Geneva, Alabama. He reported his medical care would be financed through Social Security , Medicaid and Blue Cross and Blue Shield.

**Family Support/Community Support**
A telephone interview was conducted with        B-7-C/B-6 on October 10, 2006  to discuss the
potential release plan      B7-C- B-6
Currently, she lives alone. ___ __ __
part time.  She described her home as being one level with 4 bedrooms and 1 and ½ baths.
                                         medical expenses would be covered through Social
Security, Medicaid and Blue Cross Blue Shield.

B7-C - B-6

**Finance**
With the assistance of FMC Butner staff, Mr. Shoemaker will apply for Social Security Benefits.
He also reports he has medical coverage through Blue Cross and Blue Shield.

**Medical Care**
Mr. Shoemaker will receive medical care from Southeast Alabama Medical Center, 1108 Ross
Clark Circle, Dothan, Alabama, 36301; phone 334-793-8111.  Should the family desire hospice
services, Wiregrass Hospice serves the geographic area.  Their contact information is as follows:
2740 Headland Avenue, Dothan, Alabama, 36303, phone number: 334-792-1100.

**Summary**
Mr. Al Shoemaker is serving a 48 month sentence .  He was convicted of Controlled Substance -
Sell, Dispense/Aiding and Abetting Possession with Intent to Distribute Methamphetamine.  If
released, he will return to a stable home in Hartford, Alabama.   B7-C - B-6   has
expressed a strong desire to provide support to him.  He will receive  medical services from the
Southeast Alabama Medical Center.  This medical facility is within close proximity to   B7-C - B6

Robin Jackson, LCSW, BCD
Senior Clinical Social Worker

## Psychosocial Assessment

**Name:** Al Shoemaker
**Reg#:** 11720-002
**DOB:** 02/27/1942
**SSN:** 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
**Next of Kin:** Sarah Shoemaker
**Physician:** Dr. Winston

### Family of Origin

Mr. Shoemaker is a 64 year old White male. He was born in West Palm Beach, Florida, to B7-C - B-6 Mr. Shoemaker's parents divorced when he was approximately 3 years old. He reports his mother later married B7-C - B-6 Mr. Shoemaker reports that his stepfather was extremely abusive; both verbally and physically. Mr. Shoemaker's B7-C/B6 moved to Atlanta, Georgia and worked as a contractor. Records indicate he passed away in 2002. Mr. Shoemaker has one brother, B7-C - B-6 who resides in White, Georgia, and two half siblings: B7-C - B-6 (age 55). Both reside in Florida. Mr. Shoemaker reports he was reared by his mother and stepfather in Florida until he turned 16 years old. At that time, his mother moved him to Horseshoe Beach, Florida to live with his maternal uncle. Mr. Shoemaker's mother passed away in 1988.

### Education/Employment History

Mr. Shoemaker attended public schools in Cross City, Florida. He graduated in 1960. He reports he then attended a Vocational School in Tampa, Florida, where he learned the trade of pipe fitter.

Mr. Shoemaker's work history consists of the following:
1962-1980: Mr. Shoemaker worked as a pipe fitter through a local union in Tampa, Florida.
1981-1988: Mr. Shoemaker owned/operated his own company Wiregrass Welding in Hartford, Alabama.
1988- Present: Mr. Shoemaker and B7C-B6 own and operate Al's BP in Hartford, ~~Connecticut~~ AL

### Relationship History

Mr. Shoemaker married B7-C/B6 in 1961. The two divorced in 1968. There couple had one son. B7-C-B-6 Mr. Shoemaker married B7-C-B-6 1969. The couple had one son together, B7-C - B-6 He currently lives in Atlanta, Georgia. Mr. Shoemaker married B7-C-B6 in 1975 and divorced in 1979. The couple had no children together.

Mr. Shoemaker met and married B7-C - B-6 r in 1979. The couple have been married for 27 years. B7-C - B-6

Shoemaker, Al
Reg# 11720-002
page 2

## Mental Health History
Mr. Shoemaker denies any past or present mental health treatment.

## Substance Abuse History
Mr. Shoemaker reports he has drank alcohol "on occasion."    He denies use of any other substances.

## Summary
Mr. Shoemaker was transferred from the Federal Prison Camp in Montgomery, Alabama (FPC Alabama) to the Federal Medical Center in Butner, North Carolina (FMC-Butner) with Metastatic colon cancer with spread to liver and lung He is terminally ill with a poor prognosis.

If released from prison, Mr. Shoemaker plans to live with          B-6 — B7-C in Hartford, Alabama. During a telephone interview, B-6 - B7-C expressed a strong willingness to support              She also identified other family members and friends as a source of support as well.  Mr. Shoemaker will apply for social security disability to cover medical expenses.  He also has medical insurance coverage through Blue Cross and Blue Shield. He has identified a medical facility to provide continuity of care.


Robin Jackson, LCSW, BCD
Senior Clinical Social Worker