# EXHIBIT 6

Brandi Kaz - med summary.wpd    Page 1

## COMPASSIONATE RELEASE COMMITTEE

Date: 11 October 2006

Inmate Name: Shoemaker, Al    Reg. No. 11720-002

Housing Unit: 4D

Physician: James Winston, M.D.

Current diagnosis: Metastatic colon cancer with spread to liver and lung

Past medical history: hypertension; history of chronic low back pain; bilateral hearing loss; glaucoma; hyperlipidemia; diverticulosis

Case summary:

This patient is a 64 year old male who underwent a colectomy (having 8 inches of the colon removed) approximately four years ago. At that time he had a colostomy which was subsequently reversed. In July of 2005 he presented with rectal bleeding and melena. A colonoscopy revealed a tumor in the rectosigmoid junction with a stricture with ulceration in the mid-transverse colon. Pathology from these areas showed well to moderately differentiated invasive adenocarcinoma. A CT scan of the chest done 09/26/06 showed multiple nodules in both lungs measuring up to 10 mm in diameter worrisome for metastatic disease. A CT scan of the abdomen done 09/01/2006 revealed multiple liver metastases. General surgery was consulted and a subtotal colectomy was planned. However, in preparation for this surgery a colonoscopy was done which revealed an unexpected lesion in the lower rectum. The surgeon elected not to operate based on the widespread metastases to the rectal area as well as to the liver and to the lung.

Mr. Shoemaker is currently ambulatory and his current level of functioning is fairly good. He is quite anxious and depressed about his diagnosis and poor prognosis. He has been able to remain somewhat active and is currently undergoing chemotherapy in an attempt to prolong his life expectancy.

B - 5

Summary prepared by Karen Russell, PA-C

Brandi Kez - SW summary.wpd                                                                                      Page 1

October 10, 2006

<u>Compassionate Release-Shoemaker, Al Ray</u>
<u>11720-002</u>

Ms. Pyant received a copout from Inmate Shoemaker on September 22, 2006, requesting the process be initiated for a "medical compassionate release". The Tumor Board met to discuss his case.      B-5

Inmate Shoemaker provided the necessary information for release/discharge planning. He indicated that if released he would live with        B7-C - B-6          16
     B7-C - B-6     He indicated that he would receive follow up care from Dr. Simmons at the Wiregrass Hospital in Geneva, Alabama. He reported his medical care would be financed thru Blue Cross and Blue Shield Insurance (he also has a Cancer Supplement through Colonial Healthcare).

A telephone interview was conducted with            B7-C/B-6 on October 10, 2006 to discuss the potential release plan.                              would live with her if released.            currently lives alone in the house. She described their home as being one story with 3 bedrooms and 1 ½ bathrooms. ( B)-C - B-6

                                                                        However, she reported she is selling the business to ensure she will have          medical care would be financed through Blue Cross and Blue Shield and Colonial Healthcare.

( B7-C/B-6 )            would receive his medical aftercare through the hospital in Geneva, Alabama (twelve miles from their home) or the Alabama Medical Center in Dothan, Alabama (twenty five miles from their home). (B)-C - B-6 ) reported she would be able to provide twenty four hour care

          identified, her two sons, (        B7-C   B-6          )
as support systems. Both live within 3 miles of her home.

Inmate appears to have an intact family. This writer has no concerns regarding his support system.

<u>Primary caretaker</u>

B7-C
B-6