# EXHIBIT 7

# DOTHAN HEMATOLOGY AND ONCOLOGY, P.C.

DOCTORS BUILDING
1118 ROSS CLARK CIRCLE, SUITE 200
DOTHAN, ALABAMA 36301
(334) 793-4804
1-800-239-4804
(334) 793-2523 FAX

RAFAEL D. MAYOR, M.D.
THOMAS W. BROWN, M.D.
JOHN R. DUNN, M.D.
SCOTT MCALLISTER, M.D.

December 14, 2006

Dear Sir or Madam:

Statistically speaking, stage IV or metastatic colon cancer with the use of treatment, such as FOLFIRI could carry a prognosis of around 22 months, assuming clinical response.

Of course, several factors can alter the statistics. This is a statistically incurable disease and the goal of treatment is palliation, extension of quality of life, and potential control of the disease for as long as possible.

If there are any questions please do not hesitate to call.

Cordially,

M. Scott McAllister, M.D.
MSM/ar