# EXHIBIT 8

CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS



| Name: SHOEMAKER, Al<br>Reg. #: 11720-002<br>DOB: | Institution: FMC Butner<br>Consultant: ANDES MD |
|---|---|

| Reason for Consult/Disease:<br>① metastatic colon cancer  ② diverticulosis  ③ chronic low back pain secondary to osteoarthritis |
|---|

| Date of Visit/Dictation: 10/02/06<br>(Monday) | Dictation Received: 10/02/06<br>(Monday) | Dictation Transcribed: 10/03/06<br>(Tuesday) |
|---|---|---|

### CONSULT → MEDICAL ONCOLOGY

**SUBJECTIVE:**
Mr. Shoemaker was in today and had obviously been speaking with just about everybody he could get a hold of including Dr. Winston, Ms. Pine, and so forth. He is still hopeful of getting a Compassionate Release. He has not had new problems with pain, nausea/vomiting, hematochezia, bleeding, or other symptoms. He recognizes that he's had the CT scan showing widespread metastatic disease.

**OBJECTIVE:**
WT 199, HT 5'11", T 98.2, P 75, R 20, BP 122/65, 98% saturation. His head is normocephalic. He looks well. His color is good. Port's unremarkable.

**ASSESSMENT & PLAN:**
I had a long discussion again with Mr. Shoemaker. He obviously wants to have treatment since he's now changed his mind and is not refusing therapy he says. He had the PortaCath put in but that doesn't really matter to me about his prognosis and/or his application for Compassionate Release. With the amount of therapy he has he might very well die in less than 6 months without therapy but with therapy one would expect him to live longer and I told him I would put that in the writing as I'm doing here. He got the impression that people did leave here with treatment going and I pointed out to him that was true but those were people who had failed most therapies and were on therapy beyond the usual and with a prognosis different than his. I'm not sure he understands that yet but will try again tomorrow morning to make that quite evident. I don't consider him a good Compassionate Release candidate at this time since I expect him to live longer than 6 months. Other factors are not known to me. He understands finally I think and does want treatment, which I think is a decent decision. I asked him if he wanted to wait two weeks to start or to go ahead and start tomorrow. He wants to start tomorrow and I think that's also a good decision since I don't see a reason to wait. In that regard we will start with FOLFIRI in the morning.

| Signature: W. ABE ANDES, M.D.  10/5/06 |
|---|

WAA/th                                                                 Preliminary report until signed.

