# EXHIBIT 9

CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

4D

| Name: SHOEMAKER, Al<br>Reg. #: 11720-002<br>DOB: | Institution: FMC Butner<br>Consultant: ANDES MD |
|---|---|

| Reason for Consult/Disease:<br>① metastatic colon cancer   ② depression |||
|---|---|---|
| Date of Visit/Dictation: 09/26/06<br>(Tuesday) | Dictation Received: 09/27/06<br>(Wednesday) | Dictation Transcribed: 09/28/06<br>(Thursday) |

## CONSULT → MEDICAL ONCOLOGY

Mr. Shoemaker was in and has had an eventful time since I last saw him. He went out to Durham Regional Hospital and actually went to the OR and was put to sleep in anticipation of colon resection. However, when colonoscopy was done they saw an unexpected lesion down in the low rectum apparently and that was biopsied. We do not have that report yet. He then had a CT scan done of the chest which the patient tells me was concerning for metastatic colon cancer also and it was also recognized, though the films were not sent with the patient to surgery, that he had liver lesions. He was subsequently told by Dr. Burns that he would not be operated on and was sent back here. He has subsequently seen the folks with the Compassionate release process and was told that he would be eligible for consideration. I told him I thought that was generally withheld for people with less than 6 months to live. However, he may have a lot longer than that to live with or without treatment.

Clearly, the likelihood of doing well without therapy is less and he then may become a candidate but with therapy, some might take the view that he has "22" months to live. I suggested strongly that he let us discuss his case at the tumor conference Monday and go from there. He did agree but remains a DNR. He also told me he suspects he will not agree to therapy in this institution because he wants to go home and be with his wife. Meanwhile, I also did receive a handwritten note about his lung CT which then makes the third CT done this month. That suggests that he has up to 10 mm lesions in the lung.

WT 197, HT 5'11", 99% saturation, R 20, 97 degrees, P 80, BP 121/68. His head is normocephalic without trauma. His neck is supple. I don't feel any nodes there. The rest of the time was spent face to face and trying to console the patient from his crying and other breakdown evidence. He agreed to this plan finally and it seems like a good one to me.

Signature: _____ 9/26/06   DICTATED BUT NOT READ
W. ABE ANDES, M.D.

WAA/th

*Preliminary report until signed.*


(3)