# EXHIBIT 10



**UNITED STATES GOVERNMENT**

# memorandum

FEDERAL BUREAU OF PRISONS
Mid-Atlantic Regional Office
Annapolis Junction, MD 20701

November 20, 2006

**MEMORANDUM FOR**    **A. F. BEELER, WARDEN**
**FEDERAL MEDICAL CENTER, BUTNER**

**FROM:**    K. M. White, Regional Director

**SUBJECT:**    REDUCTION IN SENTENCE
Shoemaker, Al Ray, Reg. No. 11720-002

Please be advised that inmate Shoemaker's request for a reduction in sentence (RIS) pursuant to 18 U.S.C. §3582(c)(1)(A) is denied. I have reviewed all the documentation submitted with this request.

Mr. Shoemaker is 64 years old and has been diagnosed with metastatic carcinoma of the colon, liver and lungs. He is currently ambulatory and able to complete daily living activities.

While Mr. Shoemaker suffers from a serious medical condition, his life expectancy is unknown at this time and his current treatment is aimed at prolonging his life-expectancy.

Accordingly, I will deny the request at this time. The denial of this request constitutes an administrative decision by the Regional Director. The inmate may appeal this decision through the Administrative Remedy process.

Please provide Mr. Shoemaker with a copy of this decision.