IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-153-MEF |
| | ) | |
| AL RAY SHOEMAKER | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Court Recommendation for Compassionate Release (Doc. #143) filed on March 5, 2007, it is hereby

ORDERED that the government show cause in writing on or before April 2, 2007 as to why the motion should not be granted.

DONE this 23rd day of March, 2007.

       /s/ Mark E. Fuller
       CHIEF UNITED STATES DISTRICT JUDGE