IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-153-MEF |
| | ) | |
| AL RAY SHOEMAKER | ) | |

# **O R D E R**

This cause is before the Court on Defendant's Motion for Court Recommendation for Compassionate Release (Doc. #143) filed on March 5, 2007. Defendant requests that the Court recommend to the Bureau of Prisons that it move the Court to reduce his imprisonment. The Court may modify the term of imprisonment only: (1) upon motion of the Director of the Bureau of Prisons, or (2) as permitted by Rule 35 of the Federal Rules of Criminal Procedure or by statute. 18 U.S.C. § 3582(c). The Court concludes that it is not permitted to revisit this judgment under Rule 35. The Court also notes that there is no indication that Defendant has sought administrative review of the Bureau of Prisons' denial of compassionate release. It is hereby ORDERED that Defendant's Motion is DENIED.

DONE this the 16th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE