IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| | * |
| V. | * CASE NO. 1:05-cr-00153-MEF-CSC |
| | * |
| AL RAY SHOEMAKER, | * |
| | * |
| DEFENDANT. | * |

NOTICE OF APPEARANCE

Comes now Al Shoemaker by and through undersigned counsel and files this his notice of appearance.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104

Phone: (334) 269-3330  
Fax: (334) 834-0353  
E-mail: sgjamesandassoc@aol.com  
Bar No: JAM012