IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05CR153-MEF |
| ) | |
| AL RAY SHOEMAKER ) | |
| ) | |

**MOTION TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Director of the Federal Bureau of Prisons, and respectfully moves this Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(I), to modify the defendant's term of imprisonment to time served. In support hereof, the United States and the Director of the Federal Bureau of Prisons state as follows:

1. Defendant, Al Ray Shoemaker pled guilty to violating 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Selling, Distribution of, or Dispensing a Controlled Substance, and Aiding and Abetting.

2. He was sentenced on February 7, 2006, by the Honorable Mark E. Fuller, Chief Judge of the United States District Court for the Middle District of Alabama, to a 48-month term of imprisonment followed by a two-year term of supervised release.

3. His projected release date is September 14, 2009, via Good Conduct Time. Mr. Shoemaker will not survive to that date.

4. Mr. Shoemaker, age 65, has been diagnosed with metastatic colon cancer that has spread to his liver and lungs. He is receiving palliative chemotherapy, his prognosis is poor, and his life expectancy is less than six months. He is currently ambulatory but he functions poorly and suffers from debilitating abdominal pain.

5. Ordinarily, the BOP will not make a motion for a reduction in sentence if the court was fully aware of an inmate's condition at the time of sentencing. At the time the Presentence Investigation Report was compiled, Mr. Shoemaker reported he used hearing aids and used medication in his left eye for glaucoma. He also reported he took medication for hypertension and high cholesterol. The sentencing court did not know, nor could it anticipate, the inmate's diagnosis of terminal cancer and very limited life expectancy.

6. If the motion is granted, Mr. Shoemaker will reside with his wife in Hartford, Alabama. She is fully aware of his medical condition and very supportive of his release. He will receive medical care through the hospital in Geneva, Alabama, or the Alabama Medical Center in Dothan, Alabama. Medical care would be paid for through Blue Cross and Blue Shield and Colonial Healthcare.

7. The U.S. Probation Officer in the Middle District of Alabama has approved the release plan and will accept supervision of Mr. Shoemaker, should he be released.

**WHEREFORE**, it is respectfully requested that the Court reduce the term of imprisonment to time that the defendant has now served, thereby making him eligible for immediate release. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(I), the Court, upon motion of the Director of the Bureau of Prisons, may modify a term of imprisonment upon the finding that "extraordinary and compelling reasons" exist that warrant a reduction. The defendant's terminal medical condition and limited life expectancy constitute "extraordinary and compelling reasons" warranting the requested reduction. The defendant would not, however, be subject to complete release, as he would begin serving a two-year term of supervised release previously imposed by the court.

Respectfully submitted on this 3rd day of July 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05CR153-MEF |
| | ) | |
| AL RAY SHOEMAKER | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to David F. Holmes, Esq. and Susan G. James, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T