IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  1:05CR153-MEF |
| ) | |
| AL RAY SHOEMAKER  ) | |
| ) | |

**ORDER**

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Al Ray Shoemaker, to time served, and commencement of a two-year term of supervised release previously imposed.  The Court finds:

1.  Defendant Al Ray Shoemaker pled guilty to violating 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Selling, Distribution of, or Dispensing a Controlled Substance, and Aiding and Abetting.

2.  He was sentenced on February 7, 2006, in the United States District Court for the Middle District of Alabama to a 48-month term of imprisonment followed by a two-year term of supervised release.

3.  His projected release date is September 14, 2009, based upon projected Good Conduct Time.  According to the medical examinations, the findings and recommendation of the Director of the Federal Bureau of Prisons (BOP), Mr. Shoemaker will not survive to that date.

4.  Mr. Shoemaker, age 65, has been diagnosed with metastatic colon cancer that has spread to his liver and lungs.  He is currently ambulatory but he functions poorly and suffers

from debilitating abdominal pain. He is receiving palliative chemotherapy, his prognosis is poor, and his life expectancy is less than six months.

     5. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

     **IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

     **IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

     **IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving a two-year term of supervised release previously imposed.

     **DONE AND ORDERED THIS \_\_\_\_\_ DAY OF JULY 2007.**

                                         _____
                                         MARK E. FULLER
                                         CHIEF UNITED STATES DISTRICT JUDGE