IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-153-MEF |
| | ) | |
| AL RAY SHOEMAKER. | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Reduce Term of Imprisonment to Time Served (Doc. #154) filed on July 3, 2007, it is hereby ORDERED that:

1. The motion is GRANTED.

2. The defendant's term of imprisonment is hereby reduced to the time he has already served.

3. The defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

4. Upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving a two-year term of supervised release previously imposed.

DONE this the 10th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE